IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. 16-82465 |
| | ) | |
| PHILIP J. HELLYER, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | Judge Thomas M. Lynch |

### NOTICE OF MOTION ON DEBTOR'S MOTION FOR FINAL DECREE

To: Debtor, U.S. Trustee and all other parties in interest per attached Service list

The debtor's Fourth Amended Plan of Reorganization dated February 22, 2018 ("Plan") was confirmed by entry of order by Bankruptcy Judge Thomas Lynch on April 27, 2018. Debtor has commenced payments under the Plan and has filed a Motion for Final Decree.

YOU ARE HEREBY NOTIFIED that a hearing on the motion for final decree will be held on the **13th** day of **June, 2018** at **10:30 a.m.**, or as soon thereafter as counsel may be heard, before the Honorable Judge Thomas Lynch, in Courtroom 3100, 327 S. Church Street, Rockford, Illinois at which time you may appear if you deem fit.

DATED this 5th day of June, 2018

/s/ Richard G. Larsen
Attorney for Debtor

Richard G. Larsen
Springer Brown, LLC
300 S. County Farm Road
Suite 300
Wheaton, Illinois 60187
630-510-0000
rlarsen@springerbrown.com

### CERTIFICATE OF SERVICE

I, the undersigned, an attorney, hereby state that pursuant to the Administrative Procedures for the Case Management/Electronic Case Filing System, I caused a copy of the foregoing NOTICE OF MOTION and MOTION to be served on all persons set forth on the attached Service List identified as Registrants through the Court's Electronic Notice for Registrants and, as to all other persons on the attached Service List by mailing a copy of same in an envelope properly addressed and with postage fully prepaid and by depositing same in the U.S. Mail, Wheaton, Illinois on the **5th day of June, 2018.**

/s/ Richard G. Larsen
Attorney for Debtor

## SERVICE LIST

**VIA ECF FILING**

Katherine A Attebery
Rep. for BMO Harris Bank
kattebery@agdglaw.com

Edmond M. Burke
Rep. for Byline Bank, as
Successor in interest to
Ridgestone Bank
eburke@chuhak.com

Paulina Garga-Chmiel
Rep. for Byline Bank s/i/i Ridgestone Bank
pgarga@chuhak.com

Steven C. Lindberg
Rep. for Bank of America, N.A.
bankruptcy@fallaw.com

Debra Schneider
Rep. for Patrick S. Layng
Debra.schneider@usdoj.gov

Angela C. Wikgren
Rep. for BMO Harris Bank
awikgren@agdglaw.com

**REGULAR MAIL**

BMO Harris Bank
c/o Aronberg Goldgehn
330 N. Wabash Ave., Suite 1700
Chicago, IL 60611

Bank of America
P.O. Box 31785
Tampa, FL 33631

Capitol One
P.O. Box 6492
Carol Stream, IL 60197

Capitol One (GM)
P.O. Box 71107
Charlotte, NC 28272-1107

Chase
P.O. Box 15123
Wilmington, DE 19850

CitiBank
P.O. Box 6500
Sioux Falls, SD 57117

David Hellyer
7820 Hillside
Crystal Lake, IL 60014

IRS
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

Madson Sogden & Gottemoller
One N. Virginia St.
Crystal Lake, IL 60014

McHenry County Tax Collectors
2200 N. Seminary Ave.
Woodstock, IL 60098

Lake County Treasurer's Office
18 N. County Street, #102
Waukegan, IL 60085

R. J. Roberts
210 Crystal Street
Cary, IL 60013

Ridgestone Bank
10 N. Martindale
Schaumburg, IL 60173

Ross Teresi
4312 E. Crystal Lake
Crystal Lake, IL 60012

Steve Garletts
3420 N. Richmond Rd.
McHenry, IL 60051

Sunset Motel/James Makinis
22116 West Grant Hwy.
Marengo, IL 60152

U.S. Cellular Operating Co. of
Chicago, LLC, Attn: Real Estate
8410 W. Bryn Mawr Ave.
Ste. 700
Chicago, IL 60631

Sabre Ventures, LLC
P.O. Box 3074
Carbondale, IL 62902-3074

PIP-West, LLC
20 Towne Rd, Ste. 129
Bluffton, S.C. 29910

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. 16-82465 |
| | ) | |
| PHILIP J. HELLYER, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | Judge Thomas M. Lynch |

### MOTION FOR FINAL DECREE AND ORDER CLOSING CASE

NOW COMES the Debtor, PHILIP J. HELLYER, by his attorneys, Richard G. Larsen and Springer Brown, LLC., and for their Motion for Final Decree pursuant to Bankruptcy Rule 3022 and Local Rule 3022-1, states as follows:

1. The order confirming the Debtor's Fourth Amended Plan of Reorganization dated February 22, 2018, ("Plan") was entered on April 27, 2018 and is a final order of this Court.

2. The status of payments due to each class and interest under the plan is as follows as of the date of presentment of this Motion:

    A. Costs of Administration and Priority Claims

    Costs of Administration are paid in full with the exception of Debtor's professional fees which are being paid per agreement with those professionals. Payment of the priority claim of the IRS has commenced and is current.

    B. Class 1 – BANK OF AMERICA

    Payments have commenced and are current.

    C. Class 2 – BYLINE BANK f/k/a RIDGESTONE BANK

    Payments have commenced and are current.

1

D.     Class 3 – ROBERTS TRUST

Payments have commenced and are current.

E.     Class 4 – ROSS TERRISI

Payments have commenced and are current.

F.     Class 5 – BMO HARRIS BANK

See report for Class 8.

G.     Class 6 – McHENRY COUNTY TREASURER

Payments have commenced and are current.

F.     Class 7 – LAKE COUNTY TREASURER

Payments have commenced and are current.

G.     Class 8 – UNSECURED CLAIMS: DEFICIENCY CLAIMS OF MORTGAGES AND GENERAL UNSECURED CLAIMS

Quarterly payments are not yet due.

3.     Contested matters and adversary proceedings have been resolved.

4.     All current 11 U.S.C. §1930 quarterly fees and Court costs have been paid.

5.     Debtor's counsel has notified all creditors of the estate of the scheduled hearing for final decree in this matter, as per the Certificate of Service. A proposed order is appended to this Motion.

WHEREFORE, Debtor prays for entry of a final decree closing this matter and for such other relief as the Court deem just.

Dated: June 5, 2018.

Respectfully submitted

PHILIP J. HELLYER

By:/s/Richard G. Larsen
One of his attorneys

Richard G. Larsen
Springer Brown, LLC
300 S. County Farm Road
Suite I
Wheaton, Illinois 60187
630-510-0000
rlarsen@springerbrown.com

3