UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Western Division

In Re:                              )          BK No.:    16-82465
                                    )
PHILIP J. HELLYER,                  )
                                    )          Chapter:  11
                                    )          Honorable Thomas M. Lynch
                                    )
            Debtor(s)               )

## FINAL DECREE AND ORDER CLOSING CASE

The Fourth Amended Plan of Reorganization under Chapter 11 of the Bankruptcy Code, was confirmed on April 27, 2018, and the time for appeal having elapsed with no appeal or notice of appeal having been filed; and notice of the Debtor's Application for Final Decree having been given to all parties in interest, and the Court being advised in the premises, FINDS, based upon representations of Counsel,

1. Costs of administration are paid in full.

2. All 11 U.S.C. Section 1930 quarterly fees have been paid and all court costs have been paid.

3. All plan payments are current at this time.

4. There is no pending bankruptcy litigation including motions, contested matters, or adversary proceedings by or against the Debtor.

IT IS HEREBY ORDERED:

1) The Clerk of the Court is authorized to close this case.

2) The Debtor shall pay the second Quarter 2018 quarterly fee on or before July 31, 2018.

Enter:

United States Bankruptcy Judge

Dated:   JUN 15 2018

**Prepared by:**
Richard G. Larsen
Springer Brown, LLC
300 S. County Farm Road
Suite 330
Wheaton, Illinois 60187
630-510-0000
rlarsen@springerbrown.com